UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
---------------------------------------------------------------------------x

STEFANO RUBINO, on behalf of himself and
all others similarly situated,                                       Civil Case No.:

                               Plaintiff(s),
                                                                          NOTICE OF REMOVAL
      -against-

RAGAN & RAGAN, P.C.; and JOHN DOES
1-25,

                               Defendants.

---------------------------------------------------------------------------x

**TO:**     **THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF NEW JERSEY**

       Pursuant to 28 U.S.C. §§ 1441 and 1446 et seq., Defendant, Ragan & Ragan, P.C. ("Defendant" or "Ragan & Ragan") respectfully removes to this Court the within action, which was commenced in the Superior Court of the State of New Jersey, Law Division, County of Middlesex under Index Number MID-L-006276-21. As grounds for removal, Defendant, by its attorneys, London Fischer LLP, respectfully states:

       1.      Plaintiff Stefano Rubino ("Plaintiff") commenced this action by filing a Summons and Complaint in the Superior Court of the State of New Jersey, Law Division, County of Middlesex on October 28, 2021 and served upon defendant on November 1, 2021.  A copy of the Summons and Complaint is annexed hereto as Exhibit "A."  The Complaint asserts causes of action against Ragan & Ragan and John Does 1-25, seeking a declaratory judgment and alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692(e) ("FDCPA"). *See* Exhibit "A" at ¶¶ 51-77.

{N2024120.1 }

2.     Pursuant to 28 U.S.C. § 1441(a), "[e]xcept as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

3.     "The presence or absence of federal-question jurisdiction is governed by the 'well-pleaded complaint rule,' which provides that federal jurisdiction exists only when a federal question is presented on the face of the plaintiff's properly pleaded complaint." *Trento v. Flagstar Bank, FSB*, No. 17-13185, 2018 WL 4110956, at *2-4 (D.N.J. Aug. 29, 2018) (citing *Caterpillar, Inc. v. Williams*, 482 U.S. 386, 392 (1987)) (internal quotation marks omitted).

4.     As this Court has held, the presence of an FDCPA cause of action in a complaint provides a federal district court with original federal question jurisdiction under 28 U.S.C. § 1331. *Stransky v. PennyMac Holdings, LLC*, No. 18-15929, 2019 WL 4750150, at *4 (D.N.J. Sept. 30, 2019) (finding that under 28 U.S.C. § 1331, the court has "original jurisdiction over this matter because the FDCPA is a law of the United States"); *Trento*, 2018 WL 4110956, at *2-4. This is true even where there are other state law causes of action as well. *See Trento*, 2018 WL 4110956, at *3 (finding removal proper despite plaintiff's claim that the FDCPA cause of action was "tangential to the primary thrust of Plaintiff's Complaint").

5.     Here, Plaintiff included a cause of action for a violation of the FDCPA within their Complaint. See Exhibit "A" at ¶¶ 55-77.

6.     As a result, upon information and belief, this Court has original jurisdiction over this matter under 28 U.S.C. § 1331, and therefore the matter may be removed under 28 U.S.C. § 1441.

7.  Pursuant to 28 U.S.C. § 1446(b)(1), a notice of removal may be filed within thirty (30) days "after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based." Furthermore, the time to remove "is triggered by simultaneous service of the summons and complaint, or receipt of the complaint, 'through service or otherwise,' after and apart from service of the summons, but not by mere receipt of the complaint unattended by any formal service." *Advanced Surgery Center v. Connecticut General Life, Ins. Co.*, No. 12–2715, 2012 WL 3598815, at *4 (D.N.J. July 31, 2012) (citing *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.,* 526 U.S. 344, 347-48 (1999).

8.  Plaintiff's Summons and Complaint was served on Defendant on November 1, 2021. Accordingly, the 30-day period has not elapsed within which Defendant may file a notice of removal pursuant to 28 U.S.C. § 1446(b)(2)(B), and the Notice of Removal is timely.

9.  To the extent that there are any co-defendants, their consent is not required as they have not been properly served at this time. *See* 28 U.S.C. § 1446(b)(2)(A).

10. A written notice of the filing of this Notice of Removal will be served upon all adverse parties as required by 28 U.S.C. § 1446(d).

11. A true and correct copy of this Notice of Removal will be filed with the Clerk of the Superior Court of the State of New Jersey, Law Division, County of Middlesex, as provided by 28 U.S.C. § 1446(d).

12. Pursuant to Rule 11 of the Federal Rules of Civil Procedure, the undersigned counsel certifies that he has read the forgoing Notice of Removal, that, to the best of his knowledge, information and belief formed after reasonable inquiry, it is well-grounded in fact and is warranted by existing law or a good faith argument for the extension, modification or reversal of existing

law, and that it is not interposed for any improper purpose, such as to harass or cause unnecessary delay or needless increase in the cost of litigation.

WHEREFORE, Defendant Ragan & Ragan, P.C. prays that this action be removed to the United States District Court for the District of New Jersey.

Dated: New York, New York
December 1, 2021

**LONDON FISCHER, LLP**

By: *Jason M. Myers*
_____
Jason M. Myers (ID No. 017042008)
Jmyers@londonfischer.com
59 Maiden Lane
New York, NY 10038
Office: (212) 972-1000
Fax: (212) 972-1030
Attorneys for Defendant
Ragan & Ragan, P.C.
Our File No.: 890.0000019

TO: Joseph K. Jones, Esq. (ID No. 002182006)
jkj@legaljones.com
Jones, Wolf & Kapasi, LLC
375 Passaic Avenue
Fairfield, New Jersey 07004
(973) 227-5900