UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEFANO RUBINO, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RAGAN & RAGAN, P.C.;<br><br>Defendants. | Civil Action No.  2:21-cv-20288 (KSH)(AME) |

## JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**PLEASE TAKE NOTICE** that on February 14, 2023 at 10:00 a.m. [ECF No. 23] or as soon thereafter as counsel may be heard, Plaintiff, STEFANO RUBINO, on behalf of himself and all others similarly situated, and Defendant RAGAN & RAGAN. P.C. (collectively referred to herein as "the Parties") will move this Court before the Honorable Andre M. Espinosa, USMJ, United States District Court, District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102[1], for entry of an Order certifying this case to proceed as a class action for settlement purposes and granting final approval of the Parties' class settlement agreement.

**PLEASE TAKE FURTHER NOTICE** that in accordance with Local Civil Rule 7.1(d), the Parties rely upon the enclosed Brief and Certification of Joseph K. Jones, Esq.

**PLEASE TAKE FURTHER NOTICE** that in accordance with Local Civil Rule 7.1(e), the Parties include a proposed form of Order.

---

[1] "Court will hold a telephonic Fairness Hearing on February 14, 2023, at 10:00 a.m., at which time the Court will finally determine whether the Certification of a Class for Settlement Purposes and Settlement of the Action should be finally approved as fair, reasonable, and adequate and whether the Final Judgment and Order of Dismissal with Prejudice (the 'Judgment') should be entered. To join the call, dial 866-434-5269 and enter access code 1874589#. The Court may adjourn or continue the Fairness Hearing without further notice to the Class." [ECF No. 23, p. 3]

Dated: Fairfield, New Jersey
       February 1, 2023

| | |
|---|---|
| <u>/s Benjamin J. Wolf</u> | <u>/s Jason M. Myers</u> |
| Benjamin Wolf, Esq. | Jason M. Myers, Esq. |
| Jones, Wolf & Kapasi, LLC | London Fischer, LLP |
| 375 Passaic Avenue, Suite 100 | 59 Maiden Lane |
| Fairfield, New Jersey 07004 | New York, New York 10038 |
| (973) 227-5900 telephone | (212) 972 1000 telephone |
| (973) 244-0019 facsimile | (212) 972 1030 facsimile |
| bwolf@legaljones.com | jmyers@londonfischer.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |